**F I L E D**

09/14/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0166

IN THE SUPREME COURT OF THE STATE OF MONTANA

STATE OF MONTANA,                                )        Cause No. DA-22-0166
                                                 )
        Plaintiff and Appellee,          )
  v.                                             )        ORDER
                                                 )
DAKOTA SCHLICHENMAYER,                           )
                                                 )
        Defendant and Appellant          )

Upon review of the Defendant's Unopposed Motion for Second 60-day Extension to file Opening Brief, and good cause appearing:

IT IS HEREBY ORDERED that Appellant has until November 14, 2022, within which to file the opening brief.

_____
Supreme Court Justice

cc: Jami Rebsom
    Montana Attorney General's Office

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 14 2022